UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 08-68542-jem |
| THE GREATER BIBLE WAY MIRACLE | * | |
| TEMPLE INTERNATIONAL | * | |
| FELLOWSHIP, INC. | * | |
| | * | |
| DEBTOR. | * | CHAPTER 11 |
| ———————————————— | * | |
| | * | |
| DONALD F. WALTON, | * | |
| UNITED STATES TRUSTEE, | * | |
| | * | |
| MOVANT. | * | |
| | * | |
| v. | * | CONTESTED MATTER |
| | * | |
| THE GREATER BIBLE WAY MIRACLE | * | |
| TEMPLE INTERNATIONAL | * | |
| FELLOWSHIP, INC. | * | |
| | * | |
| RESPONDENT. | * | |
| ———————————————— | * | |

## MOTION TO DISMISS OR CONVERT

COMES NOW Donald F. Walton, United States Trustee for Region 21, pursuant to 28 U.S.C. § 586(a)(3) and 11 U.S.C. § 1112(b), and respectfully moves this Court to dismiss or convert this case. In support of this motion, the United States Trustee shows the Court as follows:

1.

Debtor The Greater Bible Way Miracle Temple International Fellowship, Inc. (hereinafter "debtor") filed a voluntary petition for relief under chapter eleven of the Bankruptcy Code on May 5, 2008.

2

Cause exists for dismissal or conversion because the debtor has never filed a monthly operating report.

3.

An unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter is cause to dismiss or convert a case. 11 U.S.C. § 1112(b)(4)(F).

4.

The Bankruptcy Code directs the United States Trustee to ensure that all reports, schedules, and fees required to be filed by a debtor are properly and timely filed, monitor the progress of the case, and take the necessary action to prevent undue delay in such progress. 28 U.S.C. §§ 586 (a)(3)(D) and (G).

5.

The United States Trustee for Region 21 has established Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees ("the Guidelines"). Every chapter 11 debtor receives a copy of the Guidelines at the beginning of the case and thereby receives written notice of the obligation to file monthly operating reports in a timely manner. The Guidelines explicitly state that compliance is essential and that the debtor's failure to comply may result in the United States Trustee filing a motion to dismiss the case.

6.

The debtor's failure to timely file the required monthly operating reports is a violation of Federal Rule of Bankruptcy Procedure 2015 and a violation of 11 U.S.C. § 704(a)(8), made

applicable to a chapter 11 debtor-in-possession by 11 U.S.C. §§ 1106(a)(1) and 1107(a).

7.

"Timely and accurate financial disclosure is the lifeblood of the Chapter 11 process." *In re Tornheim*, 181 B.R. 161, 164 (Bankr. S.D.N.Y. 1995). Monthly operating reports are not mere busywork; they are the means by which the United States Trustee is able to make an independent assessment of a debtor's current financial condition and its prospects for reorganization. *Id.*

8.

The United States Trustee should not be forced to implore a chapter 11 debtor to file monthly operating reports in a timely manner. *In re McClure*, 69 B.R. 282, 290 (Bankr. N.D. Ind. 1987).

WHEREFORE, the United States Trustee respectfully requests that this Court dismiss this case or convert it to one under chapter 7, whichever is in the best interest of creditors and the estate.

DONALD F. WALTON
UNITED STATES TRUSTEE
REGION 21

*s/ Thomas W. Dworschak*
THOMAS W. DWORSCHAK
Georgia Bar No. 236380
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303
(404)-331-4437
thomas.w.dworschak@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 6, 2008 I have served a true and correct copy of the foregoing

**MOTION TO DISMISS OR CONVERT** upon the following persons by  first-class mail with

adequate postage affixed thereto to ensure delivery to:

Dorna Jenkins Taylor
Taylor & Associates, LLC
Suite 500
1401 Peachtree Street
Atlanta, GA 30309

The Greater Bible Way Miracle Temple International Fellowship, Inc.
3347 Hunters Pace Drive
Lithonia, GA 30038


*/s/ Thomas W. Dworschak*

4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 08-68542-jem |
| THE GREATER BIBLE WAY MIRACLE | * | |
| TEMPLE INTERNATIONAL | * | |
| FELLOWSHIP, INC. | * | |
| | * | |
| DEBTOR. | * | CHAPTER 11 |
| _____ | * | |
| | * | |
| DONALD F. WALTON, | * | |
| UNITED STATES TRUSTEE, | * | |
| | * | |
| MOVANT. | * | |
| | * | |
| v. | * | CONTESTED MATTER |
| | * | |
| THE GREATER BIBLE WAY MIRACLE | * | |
| TEMPLE INTERNATIONAL | * | |
| FELLOWSHIP, INC. | * | |
| | * | |
| RESPONDENT. | * | |
| _____ | * | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the United States Trustee has filed a Motion to Dismiss.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's Motion to Dismiss or Convert in **Courtroom 1404.** United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia at 11 AM on Tuesday, August 26, 2008.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, United States Bankruptcy Court, Suite

5

1340, 75 Spring Street, Atlanta Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 6, 2008

Prepared and Served by:

**/s/Thomas W. Dworschak**
Thomas W. Dworschak
Georgia State Bar No. 236380

**United States Department of Justice**
*Office of the United States Trustee*
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303 404-331-4437,
ext. 145
thomas.w.dworschak@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on August 6, 2008, I caused a copy of this notice of hearing to be served by first

class, United States mail service, with adequate postage to ensure delivery to:

Dorna Jenkins Taylor
Taylor & Associates, LLC
Suite 500
1401 Peachtree Street
Atlanta, GA 30309

The Greater Bible Way Miracle Temple
International Fellowship, Inc.
3347 Hunters Pace Drive
Lithonia, GA 30038

*s/ Thomas W. Dworschak*