**IT IS ORDERED as set forth below:**

Date: April 16, 2009

_____
James E. Massey
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| THE GREATER BIBLE WAY MIRACLE | * | |
| TEMPLE INTERNATIONAL | * | CASE NO. 08-68542-jem |
| FELLOWSHIP, INC. | * | |
| | * | |
| DEBTOR. | * | JUDGE MASSEY |

**ORDER DISMISSING CASE**

This case came before the court for hearing, after proper notice, on April 14, 2009 on the United States Trustee's Motion to Dismiss. It appearing to the Court that all parties were properly served, and that the debtor does not oppose dismissal, the Court finds that good cause exists to dismiss the case. It is therefore

**ORDERED** that pursuant to 11 U.S.C. § 1112(b), the motion is granted, and case no. 08-68542-jem is dismissed.

**END OF DOCUMENT**

*Prepared by*:

*/s/ Thomas W. Dworschak*
Thomas W. Dworschak, Trial Attorney
Attorney for the United States Trustee
Georgia Bar No.: 236380
**United States Department of Justice**
**Office of the United States Trustee**
362 Richard Russell Building
Atlanta, Georgia 30303
404-331-4437, ext. 145
thomas.w.dworschak@usdoj.gov

DISTRIBUTION LIST

| | |
|---|---|
| Dorna Jenkins Taylor | Thomas Wayne Dworschak |
| Taylor & Associates, LLC | United States Department of Justice |
| Suite 500 | Office of the United States Trustee |
| 1401 Peachtree Street | 362 Richard Russell Building |
| Atlanta, GA 30309 | 75 Spring Street, SW |
| | Atlanta, GA 30303 |

The Greater Bible Way Miracle Temple
International Fellowship, Inc.
3347 Hunters Pace Drive
Lithonia, GA 30038